EMANUEL POLITO et al., Constituting the Firm of POLITO BROTHERS, Respondents, *v.* GUISEPPE PITRIELLO et al., Appellants.

Reported below, 132 App. Div. 903.

(Submitted April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that the exceptions were frivolous.

*K. C. McDonald* for motion.

*Peter J. McGoldrick* opposed.

Motion denied, with ten dollars costs.

---

CHARLES A. DEMAND, as Administrator of the Estate of GROVER C. DEMAND, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted April 25, 1910; decided May 3, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 102.)